UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 98-75448
HON. PATRICK J. DUGGAN

BENJAMIN S. BARBER, III, ET.AL,

      Plaintiff(s),

vs.

SCHINDLER ELEVATOR COMPANY,

      Defendant(s).
_____/

ORDER GRANTING MOTION TO RELEASE TRANSCRIPT

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on March 22, 2011.

This matter is before the Court on Chrysler Group, LLC's Motion to Release Hearing Transcript. The parties have not responded to this motion; Therefore

IT IS ORDERED that the Motion to Release Hearing Transcript is GRANTED.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated:  March 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2011, by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager